UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MEDINA, | Civil No. 08cv1252 JAH (RBB) |
| Plaintiff, | **ORDER VACATING HEARING** |
| v. | |
| COUNTY OF SAN DIEGO, et. al., | |
| Defendants. | |

The Court deems Defendants County of San Diego, Mark Ritchie, and Karla Taft's motion to dismiss and to strike the complaint (Doc. No. 21), Defendant Nava's motion to dismiss (Doc. No. 22) and Defendant State of California and Tim Fenton's motion to dismiss and motion to strike (Doc. No. 23) suitable for adjudication without oral argument.  See CivLR 7.1(d.1).  Accordingly, IT IS HEREBY ORDERED Defendants' motions are taken under submission without oral argument and the hearing set for August 17, 2009 is **VACATED.**  The Court will issue an order in due course.

DATED:  August 11, 2009

JOHN A. HOUSTON
United States District Judge

08cv1252